UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                              Case Number 15-20446

v.                                                Honorable David M. Lawson

PAULETTE HORTON,

           Defendant.

_____/

## ORDER ESTABLISHING RESTITUTION PAYMENT PLAN

The defendant pleaded guilty on charges of conspiracy to commit bribery affecting a federal program and failing to file federal income tax returns. She was sentenced to 15 months in prison, and the judgment of sentence included a restitution provision requiring the defendant to repay $58,175 to the State of Michigan's Educational Achievement Authority. On January 4, 2022, the parties filed a stipulation to establish a payment plan for satisfaction of the remainder of the restitution obligation, which presently amounts to $38,153.55. Accordingly, pursuant to the stipulation of the parties (ECF No. 74), the following is **ORDERED**:

      1.      Commencing on January 15, 2022, and on the 15th day of every month thereafter, the defendant shall remit $100 to the Clerk of the Court, Attn: Financial, 231 W. Lafayette, 5th Floor, Detroit, Michigan 48226 until the restitution is paid in full or until further order of the Court.

      2.      The payments required by this order shall be made via https://pay.gov, an electronic payment service, and each payment shall include the following information (to ensure the proper accounting of the payment) Case and Defendant number: DMIE215CR020446003. The defendant's failure to adhere to the payment conventions of https://pay.gov shall not serve as a justification for a failure of the payment to post payments in a timely manner.

3. The defendant promptly shall report to the Financial Litigation Unit of the United States Attorney's Office for the Eastern District of Michigan any regular, monthly increase in gross income of ten percent (10%) or more, or any material change in monthly gross income. The term "material" means any change affecting the defendant's ability to make the monthly payments specified by this order or warranting an increase or decrease in the payment amount because of a monthly increase or decrease in gross income of ten percent (10%) or more.

4. Upon request but no more than once every twelve (12) months, the defendant shall complete and submit a Financial Statement of Debtor form with all required attachments, executed under penalty of perjury, to the Financial Litigation Unit. The statement must be submitted by the deadline set by the Financial Litigation Unit.

5. As long as the defendant makes the monthly payments hereunder, or makes payments as otherwise agreed upon by the parties, the United States shall not take action to enforce the payment of restitution except for: (1) contesting changes to the monthly payment when there is a ten percent (10%) increase or decrease in the defendant's income and the parties do not otherwise agree upon a new payment amount; (2) enforcement actions against real or personal property owned or controlled by the defendant as of the date of the entry of this order but not previously disclosed to the government; 3) or, enforcement actions against any property or interest in property acquired by the defendant after the entry of this order.

6. The defendant shall be deemed to be in default of her obligations under this order if the monthly payment amount for a given month is not received by the twenty-fifth (25th) day of the month when payment is due, whereupon the government may, in its discretion, engage in any lawful further collection enforcement action.

- 3 -

7.      Any offsets pursuant to the U S. Treasury Offset Program and any garnishments directed to the Michigan Department of Treasury for payments ordinarily due to the defendant shall be unaffected by this order.

<u>s/David M. Lawson</u><br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   January 13, 2022